THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK TITLE AND MORTGAGE COMPANY against WILLIAM S. MILLER et al., Defendants.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 1200 MADISON AVENUE CORPORATION against WILLIAM S. MILLER et al., Defendants. (Two Proceedings.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROOKLYN TRUST Co., as Trustee, against WILLIAM S. MILLER et al., Defendants. (Two Proceedings.)

In the Matter of 1200 MADISON AVENUE CORPORATION, Appellant; BROOKLYN TRUST COMPANY, as Trustee, Respondent.

Argued December 2, 1941; decided January 8, 1942.

687

*Alexander Pfeiffer* and *Clarence S. Barasch* for appellant.
*Leon Leighton* for respondent.

*William C. Chanler*, Corporation Counsel (*Anthony Curreri*
and *Arthur H. Goldberg* of counsel), for Comptroller of the
City of New York.

Order affirmed, with costs; no opinion. (See 287 N. Y.
838.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY,
LEWIS, CONWAY and DESMOND, JJ.